UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re:<br><br>KERRY LYNN REID,<br><br>    Debtor. | Chapter 13<br>Case No. 25-11569-EDK |
|---|---|

**ENTRY OF APPEARANCE AND REQUEST FOR SERVICE**
**IN ACCORDANCE WITH BANKRUPTCY RULE 2002**

The undersigned hereby enters an appearance on behalf of U.S. Bank Trust National Association, as Trustee of the LB-Dwelling Series V Trust, as serviced by SN Servicing Corporation, and respectfully requests that she be placed on the service list and that all copies of all orders, pleadings, notices and all other documents, including notice of any abandonment of property, that are filed with this Court or with the Office of the United States Trustee and served on parties in interest be duly served on the undersigned at the address set forth in accordance with Fed. R. Bankr. P. 2002.

    Respectfully submitted,

    */s/ Tatyana P. Tabachnik*
    Tatyana P. Tabachnik, Esq. (BBO#673236)
    Richard C. Demerle, Esq. (BBO#652242)
    Demerle & Associates, P.C.
    10 City Square, 4th Floor
    Boston, MA 02129
    (617) 337-4444
    (617) 337-4496 (fax)
    Bankruptcy@demerlepc.com

DATE: July 31, 2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re: KERRY LYNN REID, Debtor. | Chapter 13 Case No. 25-11569-EDK |
|---|---|

**CERTIFICATE OF SERVICE**

I, Tatyana P. Tabachnik, Esq. of the law firm of Demerle & Associates, P.C., hereby certify that I have this 31st day of July, 2025 served on behalf of U.S. Bank Trust National Association, as Trustee of the LB-Dwelling Series V Trust, as serviced by SN Servicing Corporation an <u>Entry of Appearance and Request for Service in Accordance with Bankruptcy Rule 2002</u> and this <u>Certificate of Service</u> by causing copies hereof to be sent to all parties entitled to service per the Federal Rules of Bankruptcy Procedure by electronic mail via the Case Management / Electronic Case Files (ECF) system and by first-class U.S. mail (M) to all parties not appearing electronically.

| Kerry Lynn Reid<br>75 Holly Lane<br>Bridgewater, MA 02324 (M) | Carolyn Bankowski<br>Chapter 13 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114 (ECF) |
|---|---|
| Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 (ECF) | |

                                      */s/ Tatyana P. Tabachnik*
                                      Tatyana P. Tabachnik, Esq.