# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In re: Kerry Lynn Reid
Chapter 13
Case No. 25-11569

## APPLICATION BY ATTORNEY FOR THE DEBTOR FOR COMPENSATION
*(Pursuant to 11 U.S.C. § 330(a) and MLBR Appendix 1, Rule 13-7(f)(1))*

### 1. Applicant's Information:
Attorney Name:

Firm Name:

Address:

Telephone:

Email:

### 2. Case Information:
Debtor Name: Kerry Lynn Reid
Chapter: 13
Case Number: 25-11569
Date Filed: July 29, 2025

### 3. Period Covered by this Application:
From: August 27, 2025  To: October 21, 2025

### 4. Amount Requested:

| | |
|---|---|
| Fees for Professional Services: | $4,550.00 CAD |
| Less Voluntary Reduction: | $(1,550.00) CAD |
| Net Fee Requested: | $3,000.00 CAD |
| Expenses (If Any): | $0.00 |
| Total Compensation Requested: | $3,000.00 CAD |

### 5. Summary of Services Rendered:




### 8. Certification of Applicant:
I certify that the foregoing is true and correct to the best of my knowledge.
Dated: October 21, 2025
Signature:

Attorney for Debtor: Michael R. Treanor, Jr., Esq.

*Local Form 17 – Application by Attorney for Debtor for Compensation (D. Mass. Bankr.)*