# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In re: Kerry Lynn Reid
Chapter 13
Case No. 25-11569

## APPLICATION BY ATTORNEY FOR THE DEBTOR FOR COMPENSATION
(Pursuant to 11 U.S.C. § 330(a) and MLBR Appendix 1, Rule 13-7(f)(1))

**1. Applicant's Information:**

| | |
|---|---|
| Attorney Name: | Michael Ready Treanor, Jr. |
| Firm Name: | Treanor Law Offices PLLC |
| Address: | 160 Riverside Boulevard, Suite 5B, New York, NY 10069 |
| Telephone: | (917) 672-3472 |
| Email: | mtreanor@treanor-advocacy.com |

**2. Case Information:**

Debtor Name: Kerry Lynn Reid
Chapter: 13
Case Number: 25-11569
Date Filed: July 29, 2025

**3. Period Covered by this Application:**

From: August 27, 2025   To: October 21, 2025

**4. Amount Requested:**

| | |
|---|---|
| Fees for Professional Services: | $4,550.00 |
| Less Voluntary Reduction: | $(4,550.00) |
| Net Fee Requested: | $0.00 |
| Expenses (If Any): | $0.00 |
| Total Compensation Requested: | $0.00 |

**5. Summary of Services Rendered:**

See Exhibit A attached hereto.

**8. Certification of Applicant:**

I certify that the foregoing is true and correct to the best of my knowledge.
Dated: October 21, 2025
Signature:   /s/ Michael Ready Treanor, Jr.

Attorney for Debtor: Michael R. Treanor, Jr., Esq.

*Local Form 17 – Application by Attorney for Debtor for Compensation (D. Mass. Bankr.)*

Exhibit A

Prior application for compensation has been withdrawn.

Prior application auto filled amounts from Attorney Treanor's newly installed Clio system, which is a Canadian-based attorney software company. Software defaulted to Canadian dollars in preparing the prior application – the prior application was intended to be denominated in U.S. dollars. No Canadian dollars are involved in any manner whatsoever in this matter.